1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12

TONY JAKE,

     Petitioner,

13

    v.

14

TOM FELKER, Warden,

15

     Respondent.

16

Case No. CV 07-6208-ODW (JTL)

**J U D G M E N T**

17   In accordance with the Report and Recommendation of the United States Magistrate

18 Judge filed concurrently herewith,

19   IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and

20 this action is dismissed with prejudice.

21
22
23
24 DATED:  June 17, 2009

               _____
25                  OTIS D. WRIGHT, II
                  UNITED STATES DISTRICT JUDGE
26
27
28